# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SIERRA JONES

VERSUS

GREAT AMERICAN INSURANCE
COMPANY, ANGELLE CONCRETE
GROUP, LLC, AND BREONNA
BRANIKKA BUTLER

NO. 2025 CW 0084

MARCH 14, 2025

---

In Re: Great American Insurance Company, Angelle Concrete Group, LLC, and Breonna Branikka Butler, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 708844.

---

**BEFORE: THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.**

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT